<div style="text-align:center">

**UNITED STATES DISTRICT COURT**

FILED12 APR '22 15:09USDC-ORP

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

</div>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:22-cr-00124-HZ |
| v. | **INDICTMENT** |
| **DANIEL GARY KAMARA BAKER,** | 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) |
| **Defendant.** | **Forfeiture Allegation** |

<div style="text-align:center">

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Distribution of Fentanyl)**
**(21 U.S.C. § 841(a)(1) and 841(b)(1)(C))**

</div>

On or about November 25, 2020, within the District of Oregon, defendant **DANIEL GARY KAMARA BAKER** did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

<div style="text-align:center">

**FORFEITURE ALLEGATION**
**(Controlled Substance Offenses)**

</div>

Upon conviction of an offense in Counts 1, defendant **DANIEL GARY KAMARA BAKER** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid

**Indictment**  **Page 1**
Revised April 2018

Case 3:22-cr-00124-HZ   Document 1   Filed 04/12/22   Page 2 of 2

violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: April 12, 2022.                                  A TRUE BILL.

Presented by:

SCOTT ERIK ASPHAUG
United States Attorney

*/s/ Scott Kerin*

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney

Indictment                                                                                                   Page 2