Jamie S. Kilberg, OSB No. 110465
jamie@kauffmankilberg.com
KAUFFMAN KILBERG LLC
1050 SW Sixth Avenue, Suite 1414
Portland, OR  97204
Telephone:  (503) 224-2595
Facsimile:  (503) 224-3203

Attorneys for Daniel Gray Kamara Baker

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:22-cr-00124-HZ |
| Plaintiff, | DECLARATION OF JAMIE S. KILBERG (re: Unopposed Motion To Continue Trial) |
| v. | |
| DANIEL GRAY KAMARA BAKER, | |
| Defendant. | |

I, Jamie S. Kilberg, declare that the following statements are true to the best of my knowledge, information and belief:

1. I am counsel for defendant Daniel Gray Kamara Baker.

2. I make this declaration in support or our motion to continue the trial, currently scheduled for January 31, 2023, for approximately 90 days, until on or after May 1, 2023, or a date thereafter convenient for the Court.

Page 1 -   DECLARATION OF JAMIE S. KILBERG (re: Unopposed Motion To Continue Trial)

3. Mr. Baker made his initial appearance on a criminal complaint in this matter on June 9, 2022. He was initially detained pending appointment of CJA counsel. He was thereafter released on conditions on June 14, 2022. Mr. Baker has remained out of custody since.

4. This is Mr. Baker's third request for a continuance.

5. The Indictment in this matter charges Mr. Baker with one count of distribution of fentanyl, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C).

6. To date, the government has produced 40 pages of discovery, consisting only of Salem Police Department reports. No further discovery has been produced since our last motion. However, a review of the discovery produced to date reveals that there are clearly additional discoverable materials that have yet to be produced. I am following up with the government regarding additional discovery. In addition, a death occurred after Mr. Baker allegedly distributed the narcotics at issue. We need additional time to complete and review discovery, to engage in our investigation, to prepare and file potential pre-trial motions, and to prepare for any plea negotiations and/or trial.

7. I have discussed with Mr. Baker his rights under the Speedy Trial Act. Mr. Baker consented to a further delay of his trial. Mr. Baker therefore respectfully requests that this Court continue his trial date for approximately 90 days, until on or after May 1, 2023.

9. On January 10, 2023, Assistant United States Attorney Scott Kerin advised via email that he does not oppose this request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 10th day of January 2023.

                                    s/ Jamie S. Kilberg
                                    JAMIE S. KILBERG