Jamie S. Kilberg, OSB No. 110465
jamie@kauffmankilberg.com
KAUFFMAN KILBERG LLC
1050 SW Sixth Avenue, Suite 1414
Portland, OR  97204
Telephone:  (503) 224-2595
Facsimile:  (503) 224-3203

Attorneys for Daniel Gray Kamara Baker

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:22-cr-00124-HZ |
| Plaintiff, | DECLARATION OF JAMIE S. KILBERG (re: UNOPPOSED MOTION TO CONTINUE SENTENCING) |
| v. | |
| DANIEL GRAY KAMARA BAKER, | |
| Defendant. | |

I, Jamie S. Kilberg, declare that the following statements are true to the best of my knowledge, information and belief:

1. I am appointed CJA counsel for defendant Daniel Gray Kamara Baker.

2. I make this declaration in support of the attached motion to continue the sentencing hearing, currently scheduled for January 25, 2024.  We respectfully request that the

Court continue the sentencing for approximately 90 days, or a date thereafter convenient for the Court.

3. Mr. Baker made his initial appearance on a criminal complaint in this matter on June 9, 2022. He was initially detained pending appointment of CJA counsel. He was thereafter released on conditions on June 14, 2022. An indictment was thereafter returned, charging Mr. Baker with one count of distribution of fentanyl, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C). On September 7, 2023, Mr. Baker was remanded to custody following pre-trial release violations. On November 2, 2023, Mr. Baker pleaded guilty to the indictment. He remains in custody at the Sheridan Federal Detention Center.

4. This is Mr. Baker's first request to continue his sentencing date.

5. We need additional time to prepare for sentencing. As noted, Mr. Baker pleaded guilty to distribution of fentanyl. The parties expect that the sentencing hearing will be a contested evidentiary hearing to determine whether the government can meet its burden to establish that a death resulted from the fentanyl Mr. Baker admitted distributing. Mr. Baker and his counsel need additional time to prepare for that hearing.

6. Mr. Baker therefore respectfully requests that the Court reset the sentencing date for approximately 90 days, or a date thereafter convenient for the Court.

7. Assistant United States Attorney Scott Kerin told me via email on December 21, 2023, that the government does not oppose this request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 29th day of December 2023.

_____
JAMIE S. KILBERG