# EXHIBIT 2

March 31, 2024

The Hon. Marco A. Hernandez
United States District Judge
District of Oregon
1000 SW Third Street
Portland, OR 97204

    Re: United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ

Dear Judge Hernandez,

I am Daniel's mother and he lived with me continuously from his birth until he was about 20 years old when he began a pattern common among people in their 20's of moving in and out of parents' houses and moving in with friends and significant others. I am a Licensed Clinical Social Worker and I have worked in the Mental Health field in Portland since 1992 with both children and adults. I have worked for Multnomah County for the past 12 years and I am currently a Behavioral Health Provider at several Student Health Centers and a Primary Care Clinic, serving people of all ages.

In this letter I want to inform you about Daniel's first 6 years of life because those are the most important years for brain development. Daniel refers to these years as the "golden years." I gave him really good care emotionally, physically, mentally, and spiritually. When I was working, I had a large network of friends who took care of him. This worked particularly well for Daniel because he was an extrovert. All of these people who took care of him had his best interests in mind. He learned to trust everyone. He was so much fun, everyone looked forward to their day taking care of him. People were devoted to him and wanted to stimulate all the parts of his brain in various ways. There was lots of physical play, reading books, going places, trying new foods, having new experiences, making art, dancing at outdoor concerts and drumming.

When he was 5 years old, we had a storage locker broken into and some of our precious family heirlooms were stolen and I was crying. Daniel was trying to understand the situation. He asked "who stole our stuff?" I answered, "some bad guys." Daniel replied "you mean there really are bad guys?" He had thought bad guys were imaginary like dragons. He could not conceive of someone doing something to harm us.

A few months after that, we bought a house across the street from Woodlawn Elementary School. Daniel started Kindergarten there in the Fall. He was a big boy for his age and got along with everyone. He could always bring people together to play sports and was not shy about asking older kids to play basketball with them. He loved being outside. He would join lots of teams playing in the field across the street from our house.

As he grew older, he witnessed many bad things in the park farther from our house, and older boys had an influence over him. He never seemed to have any trouble and got along with everyone. I was never aware of any fights he was in. When Daniel was in his twenties, he revealed a lot of stuff to me that happened in the park. He tried to focus on playing basketball but witnessed many traumatic incidents.

The reason I started this letter with so much detail about his early brain development, is because that is how he is hard wired. He has so much capacity for connection, for peace making, for bringing people together, and to do so much good in this world. He has been in prison for 7 months, from September 2023 through April 2024 and has learned so many lessons. He has re-evaluated his life. When he is released, he wants to start a business and start a family.

Daniel realizes he has many choices about what to do with his days while he is in prison. He has started building good daily habits including brushing his teeth, showering, working out hard 6 days per week, reading the Bible, participating in Bible Studies with other inmates. For the first time since elementary school, Daniel is reading books. I have been sending him books via Amazon and he is writing me his reflections and writing in his notebook. He is writing a novel. These are big changes in Daniel's daily habits. He has read some books on daily habits being the foundation of a successful entrepreneur and is doing what he can to start now.

With his many talents and skills, and his new knowledge of what being an entrepreneur involves, and his newly formed daily habits, there are so many business ventures in which Daniel could become successful. He is a talented public speaker and could become a motivational speaker. He is so good with dogs and could develop a business training, breeding, grooming, and boarding dogs, building on his recent experience with Rover. He already started a clothing business which he could expand by applying these new principles. There are many people in his life who want to support him as an honest businessman. Daniel himself has told me he is never coming back to prison, and he is committed to living a life without any illegal activity.

Daniel has never initiated violence either physically or verbally.  He is a peace maker who wants to stop the violence between the gangs. Daniel is a healer. He wants to bring people together in positive, creative ways. He wants to create fun events for families and people of all ages. He wants to become involved in basketball again, perhaps coaching. I think he would be an excellent coach. He wants to return to our church where I raised him and where I am still actively involved. Daniel has received a lot of love in his life and he has a lot of love to give back to others and to our community. Please put him in a position in which he can share his love and creativity by bringing people together in fun, positive, healthy ways and help to heal our communities.

Sincerely,

Diane Baker, LCSW

The Hon. Marco A Hernandez
United States District Judge
District of Oregon
1000SW Third Street
Portland, OR 97204

Re:  United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ

Dear Judge Hernandez,

Daniel Baker is my son, by adoption when he was still very young, and in my heart. He is my son in every way that counts. I watched him take in the world with his big brown eyes before he could walk, got peed on and changed his dirty diapers. I walked him to school, talked with his teachers. He joined the African Dance program at Woodlawn Elementary school and made friends who are still important both to him and Diane and I. He played both football and basketball and made more friends. Daniel loved making friends. I often described him as the kid who, if dropped off in the empty desert there would be a soccer game going on within the hour.

Daniel loves being busy, he is not somebody who will be found watching T.V. in the middle of the day, he will be up and about, spending time with his friends, working or trying to make a go of his ideas for a clothing company or sneaker design, a catering endeavor, or writing and recording songs for his music.

Daniel and I are very different people, He loves the city, with its people, music, food, its energy, both the good and the bad. I love the mountains and the solitude, the quiet. Despite the differences we love each other.  My fondest memory is of a camping trip we took as a family.  After a long afternoon setting up camp, we all bedded down and went to sleep.  Daniel, who was still only about two or so got scared and was unable to sleep.  His crying woke me up and I reached over to him, wrapped my arm around him and pulled him over to me.  He laid his head down on my chest and fell asleep.  On another trip we passed through Bozeman, Montana.  We went into a ranch supply store for something and within a few moments Daniel had made friends with half the people in the store. People tend to like him.

Daniel spent most of his childhood in the Woodlawn community. As a black kid with white parents, he often felt out of place. He had to prove his "blackness" to the other kids in the neighborhood. He did this by getting along with everybody. This kept him out of much trouble but put him on the radar of the various Woodlawn area gangs. He still managed to avoid becoming a member of any of them.

Daniel has never knowingly hurt anybody.  He has been impulsive as a child and young man but has been growing increasingly thoughtful and more aware of the effect his actions might have on others.  With the exception of this recent incident which I am saddened by, I like the man he is growing into.

Daniel Lionel Baker

The Hon. Marco A. Hernández
United States District Judge
District of Oregon
1000 SW Third Street
Portland, OR 97204
Re: United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ

Dear Judge Hernández,

I implore you to consider the person my brother is before passing judgment. He is a kind-hearted individual who has always been a peacemaker and is wonderful company. He has never said anything hateful, harmful, or hurtful, nor have I seen him act with malice. Instead, I've seen him struggle with fitting into society. He sometimes makes decisions out of insecurity or depression, things I also struggle with, things that I am improving with therapy and medication.

Daniel is a hyper-talented individual, skilled in music, every sport, dancing, and cooking. He is good with kids and animals, and he has a deep empathy for others, even to the point of experiencing intense depression over their ill fate. I believe this empathy is a testament to his character and should be taken into account when determining his sentence. I do not believe that a maximum sentence in federal prison will help him practice making decisions with confidence and morality in mind. On the contrary, it may break his spirit and prevent him from using his creative and entrepreneurial spirit to do good in the world. I urge you to consider the person my brother truly is and to show mercy in your judgment. I believe his time with the federal law system has made him more aware of consequences, and that he will be extra careful about his decisions going forward. Thank you for your attention to this matter.

- Debra Lynn Sojourner Baker, Sister of Daniel Baker

FROM THE DESK OF
# Sara Baker-Gonzalez

April 3, 2024

The Hon. Marco A. Hernandez
United States District Judge
District of Oregon
1000 SW Third Street
Portland, OR 97204

    Re: United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ

Dear Judge Hernandez,

I am Sara Baker-Gonzalez, Daniel's aunt, his father's sister.  I am writing to you hoping to provide you with a clearer picture of Daniel.

Daniel was born happy, healthy and very much wanted.  His arrival filled us all with joy and hope for a life of wonder and adventure accompanied with love and laughter.  And so it began.  As a little boy Daniel spent time doing all the things young kids should, exploring his environment, playing with friends, enjoying his pets and loving his family.  As time went on Daniel began to struggle some.  School became harder and a diagnosis of ADHD was given.  As it is with many individuals with ADHD, finding your place in the educational environment, the work world and the world in general can become difficult.  Despite the chaos that comes with ADHD Daniel remained a kind, considerate and helpful young man.  He discovered his love of music and dance, hip-hop in particular, and forged forward trying to establish and place for himself in that industry.

Unfortunately ADHD in young males comes with a variety of symptoms including making careless mistakes, inability to read social cues and impulsivity.  These young men are at risk of higher rates of failure, risk taking and substance abuse. I believe my beloved nephew had fallen into this pattern.  However I also believe there is a future filled with hope for him.  Daniel still is the kind, thoughtful, helpful person he always was.  He just made a mistake.  One he is entirely filled with remorse for.  One I believe he will never make again.

Daniel has a family who loves him and will stand by him to try and help him find his way forward.  I beg you to please see him as a loved but flawed, human being.

Sincerely yours,

Sara L. Baker-Gonzalez

115 SQUASHVILLE RD. GREENFIELD CTR, NY 12833   518-893-5150   SARALBGONZALEZ@GMAIL.COM

**DEFENDANT'S SENTENCING MEMORANDUM**
**EXHIBIT 2  |  Page 5 of 9**

The Hon. Marco A. Hernández United States District Judge District of Oregon
1000 SW Third Street Portland, OR 97204

Re: United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ

April 4, 2024

Dear Judge Hernández,

Good day. My name is Mary Jo Brown. I am Daniel Bakers aunt, the sister of his father. Naturally, I am heartsick about the situation Daniel is in. When his parents asked if I would write a letter of support, I readily agreed.

Daniel comes from a family of caregivers. Teachers, social workers, health care providers, community activists. We are a family dedicated to helping others, especially those in high needs communities. So Daniel has a strong support network behind him. We all care deeply for him, and are there to support him.

As a child, Daniel was a lovely kid. He was happy, helpful, and considerate of others. He grew up to be an adult with those same characteristics, always willing to lend a hand where needed. His love of music and dance led to his career. However, for a young man of color in today's world, that lifestyle has many temptations. He made some hasty choices, but has had time to think seriously about them, as has his family. Collectively, we are prepared to assist him in making better choices, and Daniel has already begun planning on a better path for himself.

As Daniel embarks on his journey, he will have much loving company and support. In unity there is strength. Daniel will have that unity, that strength, to overcome the mistakes of his past, and become the success we know he can be.

Thank you for taking the time to read my letter. I hope this has given you a little picture of who Daniel will have in his corner to assist and support him. Although the saying has become overused, it is still accurate. It truly does take a village , and we are his.

Sincerely,
Mary Jo Brown
1398 East Third Ave
Bay Shore, NY 11706
Mbrown@ilbmeubu.com

The Hon. Marco A. Hernández
United States District Judge
District of Oregon
1000 SW Third Street
Portland, OR 97204
Re: United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ

Dear Judge Hernández,

My name is Julia Baker and I am Daniel Baker's aunt, his father's sister.

Several years ago I donated my bone marrow to my brother who had cancer. I stayed with his family during the procedure. I am so glad I did because it gave me a chance to get to know Daniel better. I hadn't seen him much due to logistics and finances, and I missed him terribly. When I wasn't in the hospital I spent my time in Portland talking to Daniel and his sister Debora about family; his father as a kid, his grandparents, his cousins and aunts & uncles. I shared photographs and stories. I cooked a dish for him that my father used to make and he immediately recognized it as a dish his father made often, cowboy potatoes. He liked that there was a connection to us through food. Daniel appreciated the significance of small things like that.

The family had an older and fragile dog named Grizzley that Daniel grew up with. One day I watched Daniel bathe and groom him. He was so gentle and so loving and so careful not to hurt him or make him uncomfortable. He's like that with everyone, always has been. There was a backyard party at his house. I saw him interact with people at the party; friends, neighbors and strangers. Those people liked and respected him, and when it was time for them to go home he handled it well despite the size of the crowd.

I don't know all the details that have led Daniel to be incarcerated but I do know that he is a good man. A good man that made some bad decisions. I know Daniel deeply regrets his actions and the emotional pain he has caused his friends and family, especially his parents and sister who love him and are very concerned for his future.

Thank you for taking the time to read this letter. I believe that everyone makes mistakes and everyone deserves second chances. Please give Daniel a second chance to make the right decisions. I know you won't regret it.

Sincerely, Julia Baker
138 Washington St
Saratoga Springs NY 12866
646 668 6845

The Hon. Marco A. Hernandez
United States District Judge
District of Oregon
1000 SW Third Street
Portland, OR 97204

Re: United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ

Dear Judge Hernandez,

I'm the Uncle of Daniel Baker. I have known Daniel his whole life. I know Daniel to be a kind, loving boy and now man who has always loved his family and friends. He has always been loyal to his family, including myself, and our family all adores him. He is smart, witty, artistic, athletic and carries himself with a positive attitude through his life.

Daniel is musically gifted and he has had a dream to be a successful recording artist for more than a decade. He has always said that when he made it big he would buy his mother a house. He has performed for thousands of people and has a dedicated following on social media.

Daniel struggled academically in school and always has focused more on the social and athletic aspects there. Since he graduated high school he has had a hard time finding consistent employment. He has never had a consistent job or a job that he found engaging or challenging. His dream of being a successful artist has always been where he focuses his time and energy. I'm hopeful that his experience in prison will help him to refocus his energy toward building a more stable and productive life for himself and his community.

Thank you for your consideration,

Erik Kyser

DEFENDANT'S SENTENCING MEMORANDUM
EXHIBIT 2 | Page 8 of 9

**Aurora Jude- Meerjans Kyser**
919 High St. Apt. 202
Bellingham, WA 98225
(510) 378- 7744
ajmeerjans@gmail.com

4th April 2024

**The Hon. Marco A. Hernández**
United States District Judge
District of Oregon
1000 SW Third Street
Portland, OR 97204

**Re: United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ**

Dear Judge Hernández,

I first met Daniel Baker in 2012 at a family dinner when meeting my future husbands' family.  At the time I found Daniel to be a fairly typical teenage boy, interested in music, sports and his friends.  As such Daniel and I didn't have many opportunities to get to know each other until he was a young adult.

Daniel has exhibited a lifelong talent for drawing, dance, singing and rapping, revealed through photos, videos and family stories.  He's performed in front of thousands since graduating from high school.  I understand from his Uncle Erik that even as a little boy he loved entertaining others, and bringing a smile to the face of strangers on the streets of Portland.  He also loves his Baby Cousin Bee, for whom he is a loving playful friend, despite the 20 year age gap.

Daniel's found work doing odd jobs, working in kitchens and fruit packing facilities; but has never found a vocation he finds fulfilling.  Daniel and I have had the opportunity to talk about various members of my own family who've served time in prison.  All of these family members have gone on to find fulfilling work and to build happy lives after they've served their time.  Daniel expressed his desire to grow positively after his time in the justice system, and to open a new Chapter in his own life.  I sincerely wish that he is given the opportunity to take his life in a direction away from the mostly frivolous and occasionally deadly party scene, turning instead to a life of deeper fulfillment and meaning.

Sincerely,

Aurora Kyser