# EXHIBIT 3

The Hon. Marco A. Hernández
United States District Judge
District of Oregon
1000 SW Third Street
Portland, OR 97204

      Re: United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ

Dear Judge Hernández,

I am Nikolaus Popp, and I am penning this letter on behalf of my best friend, Daniel Baker, with whom I've shared a bond since the age of 13. Our friendship of 16 years swiftly morphed into a brotherhood that, like many, has endured its share of ups and downs, yet remains resolute.

I like to believe that the friendship and brotherhood I share with Daniel are rare experiences. Allow me to offer my sincere and candid perspective on Daniel. First and foremost, I'd like to provide some insight into myself and how I discern the friends who enter and exit my life. Since my teenage years, I've assumed the role of the "strict" friend within our group, maintaining a level of accountability for both actions and words. Consequently, I've bid farewell to numerous friendships due to their treatment of others or themselves. While I endeavor to offer support and guidance, I refrain from beating a dead horse. Daniel is akin to a brother to me because he has consistently provided unwavering support, even during times when he struggled to do so for himself. The Daniel I know is inherently selfless and noble. Additionally, he possesses the most exuberant and playful personality among my friends. Despite his outward appearance, he exudes the same humor and playfulness I encountered in the young man I met during the summer league basketball of 2008. Those who have experienced this side of Daniel, including myself and my family, can attest to the invaluable joy he brings into our lives. Over the years, Daniel's maturity has evolved with age, yet the foundational traits that define his greatness have remained steadfast. This consistency is why I hold our brotherhood in such high regard.

Daniel's authenticity is evident in his actions. While he occasionally veers off course due to external influences, he learns from these experiences and adjusts accordingly, shedding unhealthy relationships along the way. Unfortunately, Daniel has often felt compelled to conceal certain aspects of his identity to protect himself in environments where perceived weakness is exploited. As his brother, I have consistently provided guidance when he's lost his way, and he has demonstrated a willingness to reflect and adapt. Although he grapples with letting go of certain individuals and allowing others too

close, we frequently engage in conversations aimed at cultivating healthier habits. Despite the challenges, the incremental adjustments Daniel has made, both before and during his confinement, are beginning to bear fruit. I firmly believe that these adjustments, coupled with the significant strides he's made in character development during his time inside, will pave the way for a successful transition to life outside.

Throughout his journey, Daniel has encountered obstacles and setbacks, yet his core values have remained unwavering. He has navigated through adversity, emerging stronger and more resilient with each trial. As his brother, I have witnessed his growth firsthand, providing support during moments of uncertainty and celebrating his victories.

Upon his release, which I hope will be sooner rather than later, I am committed to standing by Daniel in every capacity imaginable.


Sincerely,

Nikolaus Popp

The Hon. Marco A. Hernández
United States District Judge
District of Oregon
1000 SW Third Street
Portland, OR 97204

Re: United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ

Dear Judge Hernández,

    My name is Jonah Robert Calhoun. I'm a proud father to my 9 month old daughter and a fiancé who is very excited to get married to the love of my life. I surround myself with kind-hearted and empathetic individuals with whom I would be proud to introduce my family to. Daniel Baker is one of those individuals.

    Daniel has been my best friend for almost 10 years. I first met Daniel in the summer of 2015 through a mutual friend. We instantly connected over our love of music as well as a mutual passion for hard work. One of the first things I noticed about Daniel was how he treated others. I've never seen him walk past a homeless person, or someone in need, and not stop and give them anything he had in his pocket. He is one of the most generous men I will ever meet. His smile is infectious and he always lit up a room with his charisma and positive attitude.

    I remember in 2017 when I went to see one of his performances, it was just a small crowd of maybe 10 or 15 people and out of everyone who performed their music that night, Daniel was the only one who stopped to thank and interact with every single person in the crowd who stopped to listen and support him. There have been times where I've been very depressed in my life and even thought of hurting myself at times, and Daniel was the only friend that I felt comfortable enough to call. I can recall specifically one night in 2019 when I called Daniel crying and I told him how alone and depressed I had been feeling. Being the loving and true friend he has always been, he rushed to my house immediately where he prayed for me and asked for God's Peace to fall over me. It's one of the few times in my life I vividly remember feeling God's presence. He hung out with me all night and told me his hilarious stories and was a genuine true friend to me in my time of need.

    Truthfully, anytime I have been in need of a genuine friend Daniel has been there. I could go on and on with stories of how Daniel has impacted me and so many others. He is genuinely a positive light in society and makes everyone around him better. I hope the few stories I've shared reflect how important Daniel has been and I know will continue to be in my life and my future family's.

Thank you for your time and consideration.

Sincerely,
Jonah Robert Calhoun

The Hon. Marco A. Hernández
United States District Judge District of Oregon
1000 SW Third Street Portland, OR 97204

Re: United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ

Dear Judge Hernández,

Daniel is my best friend and I've known him longer than I can remember. He's the type of person who would give you the shirt off his back and the last bite of his meal if you wanted it. There were times in my life when I had nothing and nowhere to go, Daniel was there for me during those times. He's one of the most compassionate and caring people in my life. He can make a room light up just by walking in. We played sports together, from basketball to football to track, he was the guy you wanted around you when things got tough. Always down to lend an ear, listen and help you in any way possible. We started a rap group together and did shows all over Portland. He's a talented and enthusiastic musician with many other skills such as dancing and acting.

I've seen him help the homeless by either giving them food, or money if he had it. When we were in our early 20's I would often go to his house and find that he had people staying with him who couldn't afford to rent a house. He's a good man and has the community to back that up.

We come from similar backgrounds, growing up without our biological fathers in our lives. He we able to overcome that and focus his life on the positive things that mattered to him. He has so much potential and I always would tell him he should strive for so much more because he is capable and intelligent.

I can recall countless nights that our friend group spent together laughing and cracking jokes, talking about our girlfriends and our dreams that we wanted to accomplish.

He is genuine and one of the funniest people that I've ever met. He brings joy and happiness to so many people and we all assumed that his talents would take him to big stages.There isn't many people that can make a room light up like he can.

Although our lives have taken different paths, I find myself baffled that he has ended up in this situation. I know he has had his ups and downs but his character does not reflect the crime that he's been charged with. If anyone deserves another shot, it's him. I know that he will take the correct steps to show you and the community that he is the person that we all know. The caring, compassionate friend, and family member that we love dearly.

Thank you for listening.

Sincerely,

Aidan Silvis

The Hon. Marco A. Hernández
United States District Judge
District of Oregon
1000 SW Third Street
Portland, OR 97204

Re: United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ

Dear Judge Hernández,

My name is BJ DeHut and I am writing to you today to vouch for the upstanding character of Daniel Baker. I am actually unaware of what crime he has been accused of but knowing Daniel, I feel this all must be some sort of mistake. I know Daniel to be an active and caring member of the Portland music community and have personally seen him resolve conflict and mediate arguments in various capacities. He is a very calm and collected person and is generally well liked and respected by everyone in the Portland music community.

I am not sure what my opinion can really do in this matter but I think given some larger context of Daniel's importance in the music community - he is actually featured in what is arguably Portland's biggest music video (Woodlawn by Amine). Amine has grown into a globally recognized artist and has many corporate sponsors, including his own personalized show from New Balance. I assure you that an artist of Amine's caliber would not gamble with this growth by dealing with anyone but the best and brightest from our city.

Daniel Baker is a kind person who is known in our city for helping musicians craft their sound and promote their music. Again, I am actually unaware of the charges he faces but I feel compelled to speak on his behalf because of the kindness and charitable nature I have seen him provide others on numerous occasions. Whatever Daniel has been accused of I feel there must be some sort of mistake as I have never seen him act in a way that would lead to crime.

Thank you for reading,
BJ DeHut

The Hon. Marco A. Hernández
United States District Judge
District of Oregon
1000 SW Third Street
Portland, OR 97204

      Re: United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ

Dear Judge Hernández,

I have had the privilege of knowing Daniel since we were classmates in the 6th grade, and throughout the years, he has consistently demonstrated himself to be a compassionate and devoted friend. He possesses a remarkable ability to uplift others, effortlessly bringing smiles to the faces of those around him. I have countless memories of Daniel leaving me, our friends, our parents, and even our teachers doubled over with laughter.

Despite encountering his fair share of challenges, I firmly believe in Daniel's dedication to personal growth and his encouragement of others to pursue their passions. His support system at home speaks volumes about the depth of love and admiration he inspires in others, and we eagerly anticipate his success and fulfillment in his own artistic aspirations.

Daniel embodies qualities of creativity, compassion, ambition, and thoughtfulness, all of which are testament to his potential to contribute positively to his community. As someone who recently completed medical school at OHSU, I am acutely aware of the gravity of charges such as those Daniel faces. I would not endorse him with this letter if I did not possess confidence in his inherent goodness and the belief that these charges do not reflect his true character within his community or what he is capable of pursuing and creating in his life.

Thank you for your thoughtful consideration.

Sincerely,
Katrina Rapp, MD
Department of Obstetrics & Gynecology
Oregon Health & Science University
Katrinarapp3@gmail.com, 503-680-5466

The Hon. Marco A. Hernández
United States District Judge
District of Oregon
1000 SW Third Street
Portland, OR 97204

      Re: United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ

Dear Judge Hernández,

    My Name is Gage Saunders, I first met Daniel Baker when I was a senior in highschool and he was aout 20. Immediately I could tell that this was someone with pure energy and good intentions for not only me but for everyone. Ever since then all my experiences with Daniel have reinforced that. Time and time again I have seen Daniel show kindness and generosity at every oppurtunity. I think you'll find that you'll hear the same from all the other people who know Daniel. Being a few years older than me Daniel is someone that I've looked at as an older brother type figure. He himself helped instill a lot of the confidence in me that has helped me in my life and specifically my recovery in the N/A coommunity. He's shown me what It takes to be a leader and what it takes to show kindness and respect to others while also making sure that others are respecting you. He brings so much kindness, love, and positivity into this world, the type of love that helps everyone it crosses paths with. You can see it in the way he treats and talks to people, he gives everyone the same respect and admiration. He doesn't talk down to people he lifts them up, he breathes energy into them. Daniel is a perfect example of somebody who's presence and energy helps all those around him thrive and reach their goals. Over the years I've seen Daniel grow in different ways but the overall positivity, the way when he's in a room everyone automatically feels more comfortable and accepted has never changed. The type of person he is… a good person, has never changed. And I think you'll find as you read not only my letter but everybodies who's had experience with him that this is an amazing person. Who is caring, loving, kind, and there for the people in his life. I wouldn't be the person I am today without having Daniel in my life. He took me under his wing and helped instill in me the confidence to create my own art and life, and believe in it, and I will never not be grateful for that. Daniel is one of the best people I have ever met in my entire life, and the world and this community is a much better place with him being apart of it. Thank you so much for your time and consideration.

    Sincerely, Gage Saunders

The Hon. Marco A. Hernández
United States District Judge
District of Oregon
1000 SW Third Street
Portland, OR 97204

Re: United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ

Dear Judge Hernández,

I'm writing on behalf of Daniel Baker, a friend and unofficial family member of decades.

Daniel and my older brother became fast friends in kindergarten at Woodlawn school. Their unbreakable bond propelled our families, including his younger sister, our parents, and my oldest brother, to intertwine. Our families did everything together: dinners, carpool, field trips, track meets, and road trips around the state.

Beginning in early childhood, Daniel has been someone I looked up to. While adolescent social cues often tend towards harsh indifference to younger siblings and friends, Daniel was kind and inclusive. Making sure I got a spot in line at the neighborhood basketball hoop with an affirmative nod, or finding words to make me feel better when our dog passed—a lover of animals himself, particularly his dog Banjo, he knew what the loss of a loved animal meant.

After graduating college five years ago, I began working for the Bard Prison Initiative—a rigorous college in prison program located in New York State. I've been out of touch for a few years, but in learning to facilitate a college community, I often drew on Daniel's uncanny ability to notice when someone isn't a part of the conversation and bring them into the space in a lighthearted and unnoticed way. I saw him do the same for countless others. His gift for inspiration also shines through in public speaking, which I first noticed when he gave a speech to our entire K-12 school, commemorating the end of 8th grade. His talented cooking with family, then on his own, is another way to bring people together. Being in Daniel's orbit makes people feel a part of something—a gift I've not seen matched with anyone else.

Daniel's kindness, thoughtfulness, and generative humor radiates goodness towards those around him. He is deeply appreciated and loved for that.

Thank you for your time and consideration of this letter.

- Hannah Jeannette Henry

**Jamie Kilberg**

**Subject:** Daniel Baker
**Date:** Monday, April 1, 2024 at 9:11:00 AM Pacific Daylight Time
**From:** Tasha <TDesthetics@yahoo.com>
**To:** Jamie Kilberg <jamie@kauffmankilberg.com>

To Judge Hernandez,

I Tasha Doty am writing you this letter on behalf of Daniel Baker for his case and court proceedings he is currently facing.This took me by complete surprise as the Daniel Baker I know doesn't have such character. I have known Daniel since 2018 and have always seen him as a loving, honorable person, always putting his best foot forward to be a positive person and make an impact on youth and others in the community. I personally am a mother to a 13 year old boy and a business owner in multnomah county. Daniel has a passion for basketball and he has mentioned to me on multiple occasions he would like to coach high school basketball or start his own non profit organization for youth basketball or a AAU team, I have no doubt in my mind he will conquer this goal and move forward with his dreams and passions and leave his old habits behind. He is a humanitarian spirit and would never intend to cause harm or danger to anyone. Although this is the accusation Daniel is facing I strongly believe this is a result of bad influences and I feel that Daniel and the society will not be affected if Daniel is not sentenced to more time in imprisonment. This would only affect his future and deprive the community, family and friends of his valuable deeds. He is deeply regretful of this unacceptable behavior and poor decision making and has shown enthusiasm in taking accountability and wanting to change his life. In the event that Daniel is convicted and sentenced I believe this will only delay his growth and progress to being a constructive, working citizen of our community. It will break down his self worth and confidence and set him back more than what he's already experienced! I am quite confident that Daniel Will continue to improve and learn from this poor decision making and thus urge you to restore your faith in him. He is a reliable and dignified man who has been the subject of bad impact. I request that you not hamper his career and future by sending him to prison and bereaving him of invaluable studies. Please feel free to contact me at (503) 902-2192 or tdesthetics@yahoo.com for any further clarification!

Sincerely Thank you for your time and consideration!
Sent from Tasha

The Hon. Marco A. Hernández
United States District Judge
District of Oregon
1000 SW Third Street
Portland, OR 97204

      Re: United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ

Dear Judge Hernández,

My name is Zoë Renee App, and I am a friend of Daniel Baker. I have known Daniel since we were both in middle school, when I was immediately drawn to him because of his magnetic personality. Daniel brightens spaces with his playful humor, inclusiveness, and warm energy.

As a mental health therapist, I know that there are downsides to people-pleasing behavior. I have seen how these behaviors negatively affect Daniel, but ultimately, I know that he cares deeply about how he is perceived by others and how others feel. He goes out of his way to care for others and often at the expense of his own well-being. He has so much empathy and a deep desire to make people feel happy and seen. Daniel is a creative and artistic human with so much beauty to share with the world. He loves to dance, to make music, and express himself through clothing and accessories.

When we were growing up, I followed a path to become a professional dancer and to this day, I think about how different Daniel's life would have been if he would have come with me on that path. Daniel found a way to focus energy, channel emotions, and become lost in flow when he danced. Anyone watching could see that he has an irreplaceable gift for movement.

I was able to spend time with Daniel before he went away and talked with him about his life and what he sees for himself. I listened and observed a young man who carefully held so many things within his heart. A desire to do right by himself, an acceptance of how dangerous the world can be, a reckoning of the ways he has lost himself along the way. I was able to see the soft and insightful human that he buried in order to survive.

I have had the privilege to know Daniel for most of my life and it is my pleasure to write you in support of him. I know that he will transform into the man he is meant to be, and I will be one of many friends carrying a torch for Daniel. Thank you for taking the time to read this letter.

Warmly,
Zoë

The Hon. Marco A. Hernández
United States District Judge District of Oregon
1000 SW Third Street Portland, OR 97204

Re: United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ

Dear Judge Hernandez,

Hello, my name is Charles, I'm writing to support my friend in consideration of the charges to which Daniel has pleaded guilty in federal court. I've known Daniel for 20 years and he is one of the most amazing, caring and thoughtful people I've ever had the pleasure of knowing. I've never known him to be harmful or a violent person and know he never meant to harm anybody.

Growing up with Daniel was the best. We would just hang out all day making music and he always has a great sense of humor, one of the best dancers too. Always the life of the party and could honestly be friends with anybody. He just has a way to really touch people in the best way. I would come over to his moms house and he would always be so hospitable, asking if I've eaten and would cook food for all of his friends. I miss that a lot.

We went to the same high school and never had proper drug education. If Daniel had an opportunity to make a change in his life I know he would gladly take it. He deserves another chance and after speaking to him the past years while he was incarcerated, I know for a fact he has shown remorse and willingness to grow. Please take his family into consideration, we need him to be with his loved ones.

Sincerely- Charles Francis

**The Hon. Marco A. Hernandez**
United States District Judge
District Of Oregon
1000 SW Third Street
Portland, OR 97204

       United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ

Dear Judge Hernandez,

My name is Ian Johnston, I'm typing this letter in regards to one of my dearest and longest friends, more so a brother at this point in our lives to explain a little more on who Daniel is to me and everyone who's been lucky to come across his path.  I first met Daniel when I was in 5th grade at Sunnyside Elementary school and from that day forward would be the start of an amazing friendship. We instantly bonded over our love for sports,  being class clowns and dancing in front of the whole school during the talent shows. As many people drift from one another as they leave to high school and college, me and Daniel always remained close no matter what; from him supporting me and my High School football games and to me supporting him at his Varsity basketball games we were always there for each other.  I've been lucky to call Daniel a reliable and thoughtful friend that I could always count on no matter what the situation is. Seeing Daniel grow into the man he is today after everything he's come in his life is truly amazing, his kindness, his humor and his passion for the things he loves is truly remarkable.  He's a very talented individual with a big heart and an even bigger personality.  I know that Daniel has remorse for his actions and I know that they do not define him, One thing i've learned about him is his accountability.  I'm hoping your Honor that you will give Daniel another chance, I know he has a lot of friends and family praying for him at this time and he is heavily missed back home.

Respectfully yours,

Ian Johnston

**Jamie Kilberg**

**Subject:** : United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ
**Date:** Sunday, April 7, 2024 at 2:27:24 PM Pacific Daylight Time
**From:** Joseph Shinshiro <josephshinshiro@yahoo.com>
**To:** Jamie Kilberg <jamie@kauffmankilberg.com>

The Hon. Marco A. Hernández United States District Judge District of Oregon
1000 SW Third Street Portland, OR 97204

    Daniel is a nice welcoming guy.  When I first moved to portland to attend Psu I had no friends.  Daniel introduced me to a bunch of nice people.  At the time I was a student at psu.  My only source of income was through airbnbing my bedroom.  Sometimes when I had a guest Daniel would let me sleep on his couch and feed me.  It's terrible what happened and I feel bad for the victim and their family.  Daniel and I don't really talk about that aspect of his life but I can imagine he feels a lot of regret.  He's a very talented warm hearted man. I'm sure whatever punishment he receives he will come out still a good person.  I wish I could fast forward to the part where he is free because I am exited to see the next chapter in his life.

Sincerely,

Joseph Shinshiro


Sent from my iPhone

The Hon. Marco A. Hernández
United States District Judge
District of Oregon
1000 SW Third Street
Portland, OR 97204
Re: United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ

Dear Judge Hernández,

Hello, my name is Arin Claybrook, and I am writing to you on behalf of Daniel baker. I met Daniel as a child through a friend who was his sister. We didn't talk much but he always exhibited nice behavior towards me. His sister would always tell me about the things he did to make her laugh.

I got to see him grow up through social media, and flourish through his music. Artistic creativity and ability is something that should be greatly valued within a person, as it's a talent not everyone harnesses. I also view sharing art, as a form of sharing love as well, and a way to connect to the community.

Daniel exhibiting this behavior is proof that he is more than capable of being a loving and valuable person to society. Being incarcerated has been proven to inhibit someone's ability to connect and create, I believe Daniel should be given a chance and place to flourish, and I know others do too. I would also like to make a mention to his age, as he is still young. The common phrase "he still has his whole life ahead of him" applies here. He is also a young black man, which means he was born with struggles he didn't choose. Having that kind of weight on you from birth will ultimately make it harder to heal the generational wounds that comes from it, and the new wounds that are created because of the prejudice that exists in the world. Yet he still made it a point to go after his dreams, and share his love and art. That to me does not sound like someone who needs to be in jail, this sounds to me of someone that needs therapy, and help from community. I hope my words found their way to you dearly, and I hope you can see many people see the light within Daniel. Thank you.

- Arin Claybrook

**Jamie Kilberg**

| | |
|---|---|
| **Subject:** | Letter of Support for Daniel Baker |
| **Date:** | Monday, April 1, 2024 at 3:27:45 PM Pacific Daylight Time |
| **From:** | Wade Hilts <wadehilts@gmail.com> |
| **To:** | Jamie Kilberg <jamie@kauffmankilberg.com> |

Hello Jamie,

My name is Wade Hilts, I am a Senior Research Engineer at OHSU, and I have known Daniel Baker through mutual friends for years.

Since Daniel's conviction I've seen how it weighed on him and changed him. He began focusing on his talent for cooking and creating some of the best seafood and soul food dishes I've ever had - and I went to school in New Orleans and enjoyed a lot of the food down there! It was encouraging to see him find an interest and talent that he could divert his energy into, and I think he's reflected on the conditions that led him to make the poor choices resulting in his conviction. I know he wants to be here in Portland and in society to create and connect - not to destroy or take away. I am confident that he is someone who is worthy of another chance and he is capable of growth and change outside of confinement.

Best regards,
Wade Hilts