# EXHIBIT 4

April 6, 2024

The Hon. Marco A. Hernández
United States District Judge
District of Oregon
1000 SW Third Street
Portland, OR 97204

Re: United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ

Dear Judge Hernández,

I have known Daniel Baker since he and my son met on their first day of kindergarten in 1999. We lived just a few blocks away when the kids were little, and all five of our families' children were in and out of both of our homes. Through the years, the Baker family and our own have stayed close and shared much. Our children consider themselves "cousins" after many years of shared birthday parties and field trips, holiday celebrations, sleepovers, track meets, and hours of basketball played on the hoop outside our home.

Daniel has always been a kind and caring person, a loyal friend, and a cheerful and enjoyable companion. We share a love of animals, so he'd ask me for advice as he learned to take responsibility for family pets. I took pride as he became a caregiver for other people's pets through Rover.com. He's always had big dreams: I remember helping him calculate the mathematical odds of being drafted by the NBA when this tall and talented kid saw this as a career goal. (Since he excelled at building things, I suggested he also consider engineering or architecture as alternate career paths.)

I have never known Daniel to do anything purposely unkind or malicious. He gives warm hugs, helps out with chores, and brings light and humor to our every interaction. I am heartbroken that his actions have caused him to face such serious consequences, but still believe in the essential goodness of his spirit. Our family will support Daniel as we always have. We will encourage him to work toward a better future as he completes the sentence you hand down, and support his continued growth when he is allowed once again to become a responsible member of society.

Respectfully,

*Mary Henry*

Mary Kennedy Henry
85098 Dunns Lane
Florence, OR 97439

Katharine Gage & Ketan Sampat
8865 SW White Pine Lane
Portland, OR 97225

April 6th 2024

Dear Judge Hernández,

We are writing this letter to advocate for Daniel Baker.

We have known Daniel's parents for 40 years and have known Daniel since birth. We have a close-knit circle of friends and saw Daniel frequently as a child. He was a bright, talented, well-adjusted child who was well liked by all. He was successful in school and was planning to go to college and continue playing basketball.

In 2013, when Daniel was graduating high school, his father developed a life threating bone cancer. Unfortunately, at a time when Daniel, like many teenagers, most needed the guidance and support from his parents, they and their family & friends, were consumed with caring for his father and fearing for his survival. At that time Daniel began to lose contact with his previous support system of friends and clearly lost his way.

In that last few years he reconnected with our circle of friends and was focused on finding and creating new life opportunities. He was providing dog care, making and selling Jambalaya food plates and starting a clothing business he called "To The Top". We observed him work hard to create a new life.

Daniel has a solid developmental foundation and a close community of friends and family to support him in getting his life back on track. We will all hold him accountable to become the man he is capable of being. Daniel has the motivation and ability to be a valuable contributor to society.

We hope you will consider the full picture of who Daniel Baker is, his previous positive role in life and his strong motivation to be a productive & law-abiding citizen in your sentencing decision. We believe Daniel can and will be a useful member of society.

Respectfully,

*Katharine Gage*
Katharine Gage
Psychiatric Mental Health Nurse Practitioner

*Ketan Sampat*
Ketan Sampat
Academic Director
School of Business, Portland State University

The Hon. Marco A. Hernández
United States District Judge
District of Oregon
1000 SW Third Street
Portland, OR 97204
Re: United States v. Daniel Baker, Case No. 3:22-cr-00124-HZ

Dear Judge Hernández,

I am writing this letter in support of Daniel Baker, whom I have known since he attended kindergarten at Woodlawn School in Portland, Oregon. Since then our families have grown to be close friends, sharing many good times on school field trips, social events, sports, and cultural gatherings. I remember Daniel and my son volunteering to participate in the elementary school African Dance Troop, when the teacher was struggling to find boys to participate. Daniel also became actively involved in a traditional African Drumming group, mentored by adult drummers who were carrying on traditional practices dating back centuries. Some of my fondest memories are of attending their performances at various venues around the community.

Daniel and my children participated in Junior Olympics track and field events and traveled together to national games as competitors. Daniel was always a polite, friendly, outgoing child, treating those around him with kindness and respect. Asked to help, he never hesitated. Often, there was no need to ask. As he grew into adulthood his positive demeanor remained intact.

So, I was shocked, saddened and disappointed when I learned of Daniel's arrest, indictment and subsequent incarceration on drug charges. However, I believe, knowing Daniel as well as I do, his actions in this situation were callow, but not that of a hardened criminal.

In closing, I am writing this letter to you to join others in Daniel's community, in helping you to understand who he is as person. I also want the Court to know that upon his release I will support him in any way possible to help him reintegrate and succeed as a positive community member. I will also be attending his sentencing to offer my support. Thank you for the opportunity to express my support for Daniel.

Sincerely,

James Henry
85098 Dunns Ln
Florence, Oregon


…

April 7, 2024

The Honorable Marco A. Hernandez
United States District Judge
District of Oregon
1000 SW Third Street
Portland, OR 97204

Re: United States v. Daniel Baker, Case No. 3;22-CR-00124-HZ

Dear Judge Hernandez,

We have been family friends with Daniel Baker's family for many years and have known Daniel since he was a young child. Our families have celebrated Thanksgiving together each year and have gathered for birthdays and other occasions as well. We knew Daniel's father Dan Baker, for many years before Daniel was born and this friendship grew into a family connection as we had children.

We know Daniel to be a good natured, engaging young man who jumped into conversations and activities and helped out as needed. He has always been respectful to peers and adults when we have been together and we look forward to seeing him and catching up at these gatherings.

Daniel's family went through a very stressful time emotionally and financially when his father, Dan, was diagnosed with a life threatening illness resulting in an extended hospitalization, an extensive course of treatment and living in a fragile medical state. This was scary for those of us in their community, and I can only imagine how scary it was for Daniel and his sister as children in the family.

Sincerely,

Laurie Cox

Robert Skall